2007R00470/JMC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07 - 864 (JBS) |
| v. | : | |
| JUAN PAULINO | : | 21 U.S.C. § 846 |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From in or about August 2006 through on or about January 15, 2007, in Atlantic County, in the District of New Jersey and elsewhere, the defendant,

JUAN PAULINO,

did knowingly and intentionally conspire and agree with C.O., D.A., L.R., and others to distribute and possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: 2007R00470

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

JUAN PAULINO

INFORMATION

21 United States Code, Section 846

CHRISTOPHER J. CHRISTIE
U.S. ATTORNEY
NEWARK, NEW JERSEY

JACQUELINE M. CARLE
ASSISTANT U.S. ATTORNEY
856-757-5026